Alonzo E. DeBaun, Respondent, *v.* John W. Block, Jr., Defendant, and Jessie B. Graff et al., Appellants.

(Argued March 28, 1930; decided April 11, 1930.)

*Matthew J. Wheelehan* for Clarence E. Block et al., appellants.

*Charles H. Kelby* for John F. McCabe et al., as administrators, et al., appellants.

*Abel E. Blackmar* and *William H. Orr* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Lehman, Kellogg, O'Brien and Hubbs, JJ.